UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



YAKOV GINDIN,

        Plaintiff,

-against-

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC, et al.,

        Defendants.

19-CV-3118 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the telephonic status conference held on November 12, 2019, it is hereby ORDERED that:

1. No later than **November 22, 2019**, plaintiff shall disclose the identity of any expert witness(es) he may use at trial, pursuant to Fed. R. Civ. P. 26(a)(2)(A), as well as the subject matter(s) about which such expert witness(es) may testify.

2. No later than **December 2, 2019**, plaintiff shall serve the written report(s) of any such expert witness(es), pursuant to Fed. R. Civ. P. 26(a)(2)(B).

3. No later than **December 9, 2019**, defendant RPM shall disclose to plaintiff the identity and written report(s) of any expert witness(es) retained to provide evidence intended solely to contradict or rebut evidence on the same subject matter disclosed by plaintiff, pursuant to Fed. R. Civ. P. 26(a)(2)(D)(i).

4. Depositions of experts shall be completed no later than **December 23, 2019**.

5. Pre-motion conference letters with respect to summary judgment, if any, shall be filed no later than **January 22, 2020**, and shall conform to the individual practices of the district judge.

6. The parties' proposed joint pretrial order shall be filed no later than **January 22, 2020**, unless there are summary judgment motion(s), in which case the joint

pretrial order shall be filed no later than **30 days after the decision** on the motion(s). The proposed joint pretrial order shall conform to the individual practices of the district judge.

7. No later than **December 2, 2019**, plaintiff shall file a stipulation of dismissal (or a proposed order dismissing plaintiff's claims) as to each defendant with whom plaintiff has settled. (*See* Dkt. Nos. 56, 57, 58.)

No further extensions of these deadlines will be granted absent compelling circumstances.

Dated: New York, New York
       November 12, 2019         **SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**