UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAKOV GINDIN,

    Plaintiff,

  -against-

RECEIVABLES PERFORMANCE MANAGEMENT, LLC, et al.,

    Defendants.

19-CV-3118 (PGG) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/19

**BARBARA MOSES, United States Magistrate Judge.**

On November 12, 2019, the Court directed plaintiff Yakov Gindin to "file a stipulation of dismissal (or a proposed order dismissing plaintiff's claims) as to each defendant with whom plaintiff has settled" (*see* Dkt. Nos. 56, 57, 58), no later than December 2, 2019.

On December 11, 2019, plaintiff filed two identical proposed orders of dismissal, dismissing plaintiff's claims against defendant Experian Information Solutions, Inc., with prejudice. (Dkt. Nos. 73, 74.) Both proposed orders were for the signature of the undersigned magistrate judge, rather than for the presiding district judge. (Dkt. Nos. 73-1, 74-1.) Plaintiff filed no stipulation or proposed order as to defendants Credence Resource Management, LLC and Equifax Information Services, LLC, with whom he has also settled. (Dkt. Nos. 56, 57.)

No later than **December 27, 2019**, plaintiff shall file appropriate dismissal papers, for the district judge's signature, as to all three settled defendants.

Dated: New York, New York
       December 19, 2019

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**