UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAKOV GINDIN, Plaintiff, <br><br> v. <br><br> RECEIVABLES PERFORMANCE MANAGEMENT, LLC; CREDENCE RESOURCE MANAGEMENT, LLC; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC., Defendants. | Case No.: 1:19-cv-03118-PGG-BCM |

## ORDER FOR DISMISSAL

Upon review of the Parties' Stipulation for Dismissal with prejudice of Defendant Experian Information Solutions, Inc. and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Experian Information Solutions, Inc., with the parties to bear their own costs and attorneys' fees.

**IT IS ORDERED**

_____
PAUL GARDEPHE
United States District Judge
Dec. 31, 2019