UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAKOV GINDIN,
        Plaintiff,

v.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC; CREDENCE RESOURCE MANAGEMENT, LLC; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,
        Defendants.

Case No.: 1:19-cv-03118-PGG-BCM

### ORDER FOR DISMISSAL

Upon review of the Parties' Stipulation for Dismissal with prejudice of Defendant Equifax Information Services, LLC and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax Information Services, LLC, with the parties to bear their own costs and attorneys' fees.

**IT IS ORDERED**

PAUL GARDEPHE
United States District Judge
Dec. 31, 2019