UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAKOV GINDIN,<br>　　　　　Plaintiff,<br><br>v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC; CREDENCE RESOURCE MANAGEMENT, LLC; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br>　　　　　Defendants. | Case No.: 1:19-cv-03118-PGG-BCM |

## ORDER FOR DISMISSAL

Upon review of the Parties' Stipulation for Dismissal with prejudice of Defendant Credence Resource Management, LLC and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Credence Resource Management, LLC, with the parties to bear their own costs and attorneys' fees.

**IT IS ORDERED**

_____
PAUL GARDEPHE
United States District Judge

Dec. 31, 2019