UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAKOV GINDIN,<br>          Plaintiff,<br><br>v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC; CREDENCE RESOURCE MANAGEMENT, LLC; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br>          Defendants. | Case No.: 1:19-cv-03118-PGG-BCM |

## ORDER FOR DISMISSAL

Upon review of the Parties' Stipulation for Dismissal with prejudice of Defendant Receivables Performance Management, LLC and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Receivables Performance Management, LLC with the parties to bear their own costs and attorneys' fees.

SO ORDERED

June 22, 2020
DATED

*Paul S. Gardephe*
HON. PAUL G. GARDEPHE
United States District Judge